IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD K. RODGERS #258106, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 08-0372-WS-C |
| SHERIFF BOBBY MOORE, et al., | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 17th day of August, 2009.

　　　　　　　　　　　　　　　　　　 s/WILLIAM H. STEELE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE