IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD K. RODGERS #258106, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 08-0372-WS-C |
| SHERIFF BOBBY MOORE, et al., | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 17th day of August, 2009.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE